**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCOS MARTINEZ TAPIA, | Case No.:  26-cv-2205-BJC-MSB |
| Petitioner, | **ORDER SETTING BRIEFING SCHEDULE ON THE WRIT AND PROHIBITING TRANSFER OF PETITIONER** |
| v. | |
| Patrick Divver, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; et al., | **[ECF No. 1, 2]** |
| Respondents. | |

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website

Dated:  April 16, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge