**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCOS MARTINEZ TAPIA,<br><br>                              Petitioner,<br><br>v.<br><br>Patrick Divver, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; et al.,<br><br>                              Respondents. | Case No.:  26-cv-2205-BJC-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On April 8, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the Fifth Amendment.  This Court set a briefing schedule and issued a limited stay.  ECF No. 3.  Respondents filed a return to the petition on April 22, 2026. ECF No. 4. In their return, Respondents state that "Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025)." *Id.* at 1.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are enjoined from transferring

1

Petitioner before a bond hearing takes place. The Clerk of Court shall close this matter.

**IT IS SO ORDERED.**

Dated:  April 28, 2026

_Bryan Cheeks_
Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2205-BJC-MSB